(85 South. 822)

### KING v. CENTRAL HARDWARE CO.
### (4 Div. 876.)

(Supreme Court of Alabama. June 3, 1920.)

**Attachment ⬷➡308(3) — Record of judgment for plaintiff against defendant not admissible in claim suit.**

Where attachment was levied on personalty claimed by a third person, the trial court erred in admitting on trial of the claim suit the record of the judgment recovered by plaintiff against defendant.

Certiorari to Court of Appeals.

Action by the Central Hardware Company against A. G. Anderson for rent and advances, in which attachment was levied upon certain real property which was claimed by Henry King. On second trial of the claim suit, there was judgment for plaintiff (85 South. 821), and claimant brings certiorari. Reversed and remanded.

See, also, 200 Ala. 209, 75 South. 967.

A. Whaley and Baldwin & Murphy, all of Andalusia, for appellant.

A. R. Powell, of Andalusia, and G. W. Reeves, of Florala, for appellee.

PER CURIAM. This court is of the opinion that the trial court committed error in admitting the record of the judgment recovered by plaintiff against defendant. Taliaferro v. Lane, 23 Ala. 369; Abraham v. Nicrosi, 87 Ala. 173, 6 South. 293. This question was not raised or adjudicated in this case on the former appeal. 200 Ala. 209, 75 South. 967.

Reversed and remanded to the Court of Appeals for further proceedings in conformity herewith.

All the Justices concur.